■ DAV-EL SERVICES, INC., et al., Appellants, v COMMON-WEALTH WORLDWIDE CHAUFFEURED TRANSPORTATION OF NY, LLC, et al., Respondents. [800 NYS2d 642]—In an action, inter alia, to enjoin the defendants from breaching a noncompetition agreement, the plaintiffs appeal from an order of the Supreme Court, Queens County (Polizzi, J.), dated November 15, 2004, which denied their motion, among other things, for a preliminary injunction, enjoining the defendants from using any confidential information obtained from the plaintiffs.

Ordered that the order is affirmed, with costs.

The plaintiffs failed to demonstrate their entitlement to a preliminary injunction by showing a likelihood of success on the merits, the danger of irreparable harm, and a balance of the equities in their favor (*see Aetna Ins. Co. v Capasso*, 75 NY2d 860, 862 [1990]; *Gagnon Bus Co., Inc. v Vallo Transp., Ltd.*, 13 AD3d 334, 335 [2004]; *Pearlgreen Corp. v Yau Chi Chu*, 8 AD3d 460, 461 [2004]; *Milbrandt & Co. v Griffin*, 1 AD3d 327 [2003]). Accordingly, the Supreme Court properly denied their motion. Schmidt, J.P., S. Miller, Mastro and Rivera, JJ., concur.